UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>                Plaintiff,<br><br>               -against-<br><br>DANIEL SPIES, individually and as an officer, director, shareholder, member, and/or principal of Vida Enterprises Inc. d/b/a Pat'e Palo, and VIDA ENTERPRISES INC., d/b/a PAT'E PALO,<br><br>                Defendants. | **ORDER**<br><br>20 Civ. 6909 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Clerk of Court is directed to strike Plaintiff's Motion for Default Judgment (Dkt. No. 21) for failure to comply with this Court's Individual Rules.

Dated: New York, New York
         January 13, 2021

                                                        SO ORDERED.

                                                        _____
                                                        Paul G. Gardephe
                                                       United States District Judge