UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HAND PROMOTIONS, INC.

               Plaintiff,

         -against-

DANIEL SPIES, individually and as an officer, director, shareholder, member, and/or principal of Vida Enterprises Inc. d/b/a Pat'e Palo, AND VIDA ENTERPRISES INC., d/b/a PAT'E PALO,

               Defendants.

**ORDER**

20 Civ. 6909 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        By February 18, 2021, Plaintiff will file (1) any application for an award of costs and attorney's fees as against Defendant Vida Enterprises Inc.; (2) any Amended Complaint; and (3) a letter stating whether Plaintiff intends to pursue its claims against Defendant Spies.

Dated: New York, New York
       February 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge