UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HAND PROMOTIONS, INC.

                Plaintiff,

            -against-

DANIEL SPIES, individually and as an officer, director, shareholder, member, and/or principal of Vida Enterprises Inc. d/b/a Pat'e Palo, AND VIDA ENTERPRISES INC., d/b/a PAT'E PALO,

                Defendants.

**ORDER OF DEFAULT**

20 Civ. 6909 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this action was filed on August 26, 2020 (Dkt. No. 1), and Plaintiff served Defendant Vida Enterprises, Inc. d/b/a/ Pat'e Palo ("Vida") on September 26, 2020. (Dkt. No. 10)

        Vida has not responded to the Complaint in any fashion and has not appeared. (See Certificate of Default (Dkt. No. 18))

        This Court ordered Vida to show cause on February 4, 2021 why a default judgment should not be entered against it. (Dkt. No. 26)

        Plaintiff served the Order to Show Cause on Vida on January 22, 2021. (Dkt. No. 28)

        Vida filed no opposition to Plaintiff's motion for a default judgment and did not appear at the February 4, 2021 hearing.

        Accordingly, an order of default is entered against Defendant Vida, and this matter will be referred to Magistrate Judge Aaron for an inquest on damages and a

recommendation as to an appropriate award of costs and attorneys' fees. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
February 4, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge